# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Jocelyn R. Lorenzo

                              Plaintiff,

v.                                                    Case No.: 1:21−cv−05543

                                                           Honorable Nancy L. Maldonado

State of Illinois Department of Human Services, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 13, 2022:

      MINUTE entry before the Honorable Heather K. McShain: Defendant's unopposed motion for entry of an agreed protective order [50] is granted. Enter Order. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.